IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| TIMATHY A. JONES,<br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Commissioner of<br>Social Security,<br>    Defendant. | Case No. 1:17-cv-01010-MMM |

## ORDER

Now before the Court is the Defendant's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (D. 20).[1] The Defendant represents that the Plaintiff has no objection to the Motion. *Id*. Therefore the Court GRANTS the Motion and awards the Plaintiff, Timathy Jones, $9,500.00 (nine thousand five hundred dollars and zero cents) for attorney fees and $0 (zero dollars) for costs in full satisfaction of any and all claims the Plaintiff may have under the EAJA. This award fully and completely satisfies any and all claims for attorney fees, expenses, and costs that may be payable to the Plaintiff in this matter under the EAJA.

Any fees paid belong to the Plaintiff and not his attorney. The fees can be offset to satisfy any pre-existing debt that the Plaintiff owes the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). If the Defendant can verify that the Plaintiff does not owe pre-existing debt to the government subject to offset, the Defendant will direct payment of the award to the Plaintiff's attorney pursuant to the EAJA assignment.

*It is so ordered.*

Entered on November 5, 2018

                                            s/ Michael M. Mihm
                                            Michael M. Mihm
                                            Senior United States District Judge

---

[1] Citations to the Docket in this case are abbreviated as "D. __."